UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

G4 CONCEPT MARKETING, INC., et al.,


                              Plaintiff,

                                                    ORDER

                                                    08-CV-6457L

               v.

MASTERCARD INTERNATIONAL,
(a/k/a MasterCard Incorporated)



                              Defendant.
_____


        Plaintiff, through its agent, attorney Robert Calihan of Nixon Peabody, has requested an

extension within which to respond  to defendant's motion to dismiss.  By letter, defendant

opposes the request.

        Although, plaintiff could, and should, have acted in a more timely manner, I see little

prejudice to defendant.  No prejudice is advanced by defendant;  the arguments made in

opposition are essentially merits-related. The case is of relatively recent origin and plaintiff  is

proceeding, at this time, *pro se.*

I, therefore, grant plaintiff's request, in part. Plaintiff's time within which to respond to the pending motion to dismiss is extended to April 24, 2009. If the Nixon Peabody firm intends to represent plaintiff it should enter a notice of appearance as soon as possible.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
April 1, 2009.