UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

G4 CONCEPT MARKETING, INC.,
et al.,

                      Plaintiffs,

DECISION AND ORDER

08-CV-6457L

           v.

MASTERCARD INTERNATIONAL,

                      Defendant.
_____

On December 23, 2009, this Court entered an order (Dkt. #7) granting plaintiff, George C. Cronin, III ("Cronin"), an additional month, until January 29, 2010, to obtain counsel. Now, by letter dated January 20, 2010, Cronin requests an additional 60 days to do so. That request is granted. Plaintiff shall have until April 1, 2010 to comply with this Court's Order (Dkt. #6) of November 23, 2009 and obtain counsel. No further extensions will be granted.

    IT IS SO ORDERED.

                          _____
                              DAVID G. LARIMER
                             United States District Judge

Dated: Rochester, New York
       January 25, 2010.